THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Earl Spencer, Appellant.
 
 
 

Appeal From Cherokee County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No.  2008-UP-589
Submitted October 1, 2008  Filed October
 15, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM:  A
 jury found Earl Spencer guilty of three counts of first-degree criminal sexual
 conduct.  Spencer argues the trial judge
 erred in refusing to grant his motion for directed verdict.  He also filed a
 pro se brief. After a
 thorough review of the record and briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Spencers appeal and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.